IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 0:16-cv-62624

SREAM, INC., a California Corporation,

    Plaintiff,

v.

TOBACCO E CIGS, LLC, a Florida Corporation,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The Plaintiff, Sream, Inc., a California Corporation, and the Defendant, Tobacco E Cigs, LLC, a Florida Corporation, by and through the undersigned counsel representing both parties to this action, hereby stipulate to a dismissal of this matter without prejudice pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P. Each party shall bear its own attorney's fees and costs, except as otherwise agreed to by the parties.

Dated: August 14, 2017

Respectfully submitted,

| | |
|---|---|
| /s/ Jamie Alan Sasson | /s/ Andrew Scott Rapacke |
| Jamie Alan Sasson | Andrew Scott Rapacke |
| Florida Bar No.: 10802 | Florida Bar.: 84365 |
| Serv513@LegalBrains.com | andy@arapackelaw.com |
| **THE TICKTIN LAW GROUP, PLLC.** | **The Rapacke Law Group, P.A.** |
| 270 SW Natura Avenue | 9330 NW 10th Court |
| Deerfield Beach, Florida 33441-1610 | Plantation, Florida 33322 |
| Telephone: (954) 570-6757 | Telephone: (407) 801-9368 |
| Facsimile: (954) 570-6760 | Facsimile: (407) 992-6101 |
| *Attorneys for the Plaintiff* | *Attorneys for the Defendant* |

Dated: August 14, 2017    Respectfully submitted,

/s/ Jamie Alan Sasson____
Jamie Alan Sasson
Florida Bar No.: 10802
Serv513@LegalBrains.com
**THE TICKTIN LAW GROUP, PLLC.**
270 SW Natura Avenue
Deerfield Beach, Florida 33441-1610
Telephone: (954) 570-6757
Facsimile: (954) 570-6760
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 14th day of August 2017, with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all Parties listed on the Service List.

/s/ Jamie Alan Sasson_____
Jamie Alan Sasson

## SERVICE LIST

Andrew Scott Rapacke
andy@arapackelaw.com
The Rapacke Law Group, P.A.
9330 NW 10th Court
Plantation, Florida 33322
(407) 801-9368
Fax: (407) 992-6101
*Attorneys for the Defendant*


Jamie Alan Sasson
Serv513@LegalBrains.com
**THE TICKTIN LAW GROUP, PLLC.**
270 SW Natura Avenue
Deerfield Beach, Florida 33441-1610
Telephone: (954) 570-6757
Facsimile: (954) 570-6760
*Attorneys for the Plaintiff*